UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 1:16-cr-00123-TWP-DML-5 |
| FRANCISCO RODRIGUEZ-MACIAS, | ) |
| Defendant. | ) |

## ORDER DENYING MOTION TO REDUCE SENTENCE

This matter is before the Court on Defendant Francisco Rodriguez-Macias' ("Rodriguez-Macias") Motion to Reduce Sentence pursuant to the First Step Act. (Dkt. 877). In his Motion, Rodriguez-Macias asserts he may be eligible for sentence reduction because the First Step Act of 2018 "broadens the application of the safety valve" provisions; he has no other convictions; and he has maintained good conduct while in prison. *Id*. Pursuant to the Court's General Order, the Office of the Indiana Federal Community Defenders was appointed to represent Rodriguez-Macias for the sole purpose to determine whether he may qualify to seek reduction of sentence and to present any motions or applications for reduction of sentence on his behalf. (Dkt. 880). Counsel for the Indiana Federal Community Defender reviewed the matter and has withdrawn from this case and Rodriguez-Macias is presently pursuing his motion *pro se*. The reasons set forth in Rodriguez-Macias' motion do not provide a basis for the Court to grant any relief under the First Step Act. Accordingly, Rodriguez-Macias' Motion to Reduce Sentence under the First Step Act, Dkt. [877], is **DENIED**.

**SO ORDERED.**

Date: 12/31/2019

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

FRANCISCO RODRIGUEZ-MACIAS
BOP No. 53392-380
Great Plains
Correctional Institution
P.O. Box 400
Hinton, OK  73047

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE
bradley.blackington@usdoj.gov

Kendra Klump
UNITED STATES ATTORNEY'S OFFICE
kendra.klump@usdoj.gov